UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NICKLAUS MISITI,

        Plaintiff,

-against-

JEFFREY PARNELL,

        Defendant.
-------------------------------------------------------X

**ORDER**
11 CV 3352 (DLI)(LB)

**BLOOM, United States Magistrate Judge:**

On July 15, 2011, plaintiff was warned that if he failed to serve the summons and complaint on defendant by November 10, 2011 or failed to show cause why service had not been effected, the Court shall recommend that his case should be dismissed without prejudice. Plaintiff writes that he has been unable to serve defendant despite hiring a private investigator and process server, and that he needs time to investigate how defendant's bankruptcy will affect this action. Docket entry 5. He requests an extension of time to serve defendant. Id. Plaintiff's request is granted. Plaintiff shall serve defendant by December 15, 2011. No further extensions shall be considered. As to plaintiff's request to receive email notifications regarding this case, if he is admitted to practice before the Eastern District of New York, he should be able to register for ECF notification by email. If he is having trouble registering for ECF, he should contact the Clerk's Office for assistance.

SO ORDERED.

                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: November 14, 2011
       Brooklyn, New York

